1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  David M. Herzog
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 4 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL THOMAS MATTERN,<br>BRANDY ELICE LORENTZEN, and<br>JOSEPH OWEN BURNETT,<br><br>Defendants. | **2:20-CR-96-RMP**<br>INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 846, 841(a)(1),<br>(b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i)<br>Conspiracy to Distribute 5 Grams or<br>More of Actual (Pure)<br>Methamphetamine, Heroin, and<br>Buprenorphine (Suboxone)<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i)<br>Distribution of 5 Grams or More of<br>Actual (Pure) Methamphetamine,<br>Heroin, and Buprenorphine<br>(Suboxone)<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i)<br>Possession With Intent to Distribute<br>5 Grams or More of Actual (Pure)<br>Methamphetamine, Heroin, and<br>Buprenorphine (Suboxone)<br>(Count 3) |

INDICTMENT – 1

|  |  |
|---|---|
|  | 18 U.S.C. § 371<br>Conspiracy to Provide Prohibited Objects to an Inmate of a Prison (Count 4)<br><br>18 U.S.C. § 1791(a)(1), (b)(1), (b)(3), (c)<br>Attempt To Provide Prohibited Objects To An Inmate Of A Prison (Count 5)<br><br>18 U.S.C. § 1791(a)(2), (b)(1), (b)(3), (c)<br>Attempt to Obtain Prohibited Objects While Being an Inmate of a Prison (Count 6)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by March 28, 2020, and continuing until on or about July 20, 2020, in the Eastern District of Washington, the Defendants, MICHAEL THOMAS MATTERN, BRANDY ELICE LORENTZEN, and JOSEPH OWEN BURNETT, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offenses: distribution of 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), distribution of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and distribution of a mixture and substance containing a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(E)(i); all in violation of 21 U.S.C. § 846.

INDICTMENT – 2

## COUNT 2

On or about July 19, 2020, in the Eastern District of Washington, the Defendant, BRANDY ELICE LORENTZEN, knowingly and intentionally distributed 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i).

## COUNT 3

Beginning on or about July 19, 2020, and continuing until on or about July 20, 2020, in the Eastern District of Washington, the Defendant, MICHAEL THOMAS MATTERN, knowingly possessed with intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(i).

## COUNT 4

Beginning on a date unknown, but by March 28, 2020, and continuing until on or about July 20, 2020, in the Eastern District of Washington, the Defendants, MICHAEL THOMAS MATTERN, BRANDY ELICE LORENTZEN, and JOSEPH OWEN BURNETT, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offense against the United States to wit: providing prohibited objects to an inmate of a prison in violation of a statute or a rule or order issued under a statute, to wit: controlled substances, including: methamphetamine, heroin, and buprenorphine (Suboxone), in violation of 18 U.S.C. § 1791(a)(1), (a)(2), (b)(1), (b)(3), (c), all in violation of 18 U.S.C. § 371.

INDICTMENT – 3

COUNT 5

Beginning on or about July 19, 2020, and continuing through on or about July 20, 2020, in the Eastern District of Washington, the Defendants, MICHAEL THOMAS MATTERN and BRANDY ELICE LORENTZEN, attempted to provide prohibited objects to an inmate of a prison in violation of a statute or a rule or order issued under a statute, to wit: controlled substances, including: methamphetamine, heroin, and buprenorphine (Suboxone), in violation of 18 U.S.C. § 1791(a)(1), (b)(1), (b)(3), (c).

COUNT 6

Beginning on a date unknown, but by March 28, 2020, and continuing until on or about July 20, 2020, in the Eastern District of Washington, the Defendant, JOSEPH OWEN BURNETT, while being an inmate of a prison, attempted to obtain prohibited objects, to wit: controlled substances, including: methamphetamine, heroin, and buprenorphine (Suboxone), in violation of 18 U.S.C. § 1791(a)(2), (b)(1), (b)(3), (c).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendants, MICHAEL THOMAS MATTERN, BRANDY ELICE LORENTZEN, and JOSEPH OWEN BURNETT, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

The property to be forfeited includes, but is not limited to:

Defendant MICHAEL THOMAS MATTERN (Counts 1 and 3):

- $960.00 in U.S. currency

If any of the property described above, as a result of any act or omission of the Defendants:

INDICTMENT – 4

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 4 day of August 2020.

_____
William D. Hyslop
United States Attorney

_____
David M. Herzog
Assistant United States Attorney

INDICTMENT – 5