PROB 12C
(6/16)

Report Date: September 3, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. McAVOY, CLERK

ECF No. 187

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Owen Burnett    Case Number: 0980 2:20CR00096-MKD-3

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Court Judge.

Date of Original Sentence: April 15, 2021

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Actual(Pure) Methamphetamine, Heroin, and Buprenorphine(Suboxone), 21 U.S.C. § 846, 841(a)(1), (b)(1)(B)(viii)(b)(1)(c), (b)(1)(E)(i) |
| Original Sentence: | Prison - 56 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog |
| | Date Supervision Commenced: June 6, 2025 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: June 5, 2035 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on September 3, 2025.

On June 9, 2025, Mr. Burnett signed his judgment acknowledging his understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Burnett is in violation of his conditions of supervised release by using methamphetamine in between August 29 and September 2, 2025. |
| | On September 3, 2025, Mr. Burnett reported to the probation office. A urinalysis test was requested and prior to submitting to urinalysis testing, Mr. Burnett admitted his urinalysis test would be positive for methamphetamine. He admitted to using said substance between August 29 and September 2, 2025, and signed a written admission. |

Prob12C

Re: Burnett, Joseph Owen
September 3, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/03/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

September 4, 2025

Date