PROB 12C
(6/16)

Report Date: October 21, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Owen Burnett | Case Number: 0980 2:20CR00096-MKD-3 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 15, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Actual(Pure) Methamphetamine, Heroin, and Buprenorphine(Suboxone), 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii)(b)(1)(C), (b)(1)(E)(i) | | |
| Original Sentence: | Prison - 56 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | June 6, 2025 |
| Defense Attorney: | Adrian Lindsay Fox | Date Supervision Expires: | June 5, 2035 |

### PETITIONING THE COURT

To issue a summons and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/03/2025, and 09/04/2025.

On June 9, 2025, Mr. Burnett signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Burnett violated his conditions of supervised release by consuming methamphetamine on or around October 2, 2025.<br><br>Mr. Burnett is currently participating in inpatient treatment at Pioneer Center East (PCE). He arrived on September 25, 2025.<br><br>On October 6, 2025, his counselor at PCE informed the undersigned officer that Mr. Burnett provided a positive test for methamphetamine on October 2, 2025. |

Prob12C
**Re: Burnett, Joseph Owen**
**October 21, 2025**
Page 2

Mr. Burnett was later confronted on this information and he initially denied the allegation, but later admitted to using methamphetamine while at PCE. Mr. Burnett indicated that he fell victim to peer pressure.

The U.S. Probation Office respectfully recommends the Court to issue a summons and incorporate the violation in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

October 22, 2025

Date